UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ELLEN BRICKNER**                                                   **CIVIL ACTION**

**VERSUS**                                                           **NUMBER: 05-1703**

**JO ANNE B. BARNHART,**                                             **SECTION: "B"(5)**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED.**

New Orleans, Louisiana, this 2nd day of October 2006.

UNITED STATES DISTRICT JUDGE